CHARLES L. TORR v. STATE.

No. A-1938.    Opinion Filed. April 18, 1914.

Appeal from District Court, Muskogee County;
R. C. Allen, Judge.

Charles L. Torr was convicted of embezzlement, and appeals. Dismissed.

Kistler & McAdams, for plaintiff in error.

C. J. Davenport, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Charles L. Torr, was convicted at the September, 1912, term of the district court of Muskogee county, on a charge of embezzlement and his punishment fixed at imprisonment in the state penitentiary for a term of one year. Upon motion of counsel for plaintiff in error the appeal in this case is dismissed.